PARVIZ DARABI, SBN 209021
WILLIAM BLASSER, SBN 232291
JENNY A. SILVERSTEIN, SBN 264933
**LAW OFFICES OF PARVIZ DARABI**
500 Airport Blvd., Suite 150
Burlingame, CA 94010
Telephone:  (650) 343-5357
Facsimile:    (650) 343-5391

Attorney for Plaintiffs,

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARISELA OLVERA, an individual, ANTONIO OLVERA, an individual, | Case No. : CV11 – 0261 PSG |
| Plaintiffs, | STIPULATION AND xxxxxxxxxxxx ORDER SELECTING ADR PROCESS |
| Vs. | ADR CERTIFICATION |
| UDR WESTERN RESIDENTIAL, INC., a Virginia Corporation; and DOES 1-30, inclusive, | Initial CMC:    April 19, 2011 |
| Defendants. | Time:            2:00 PM |
| | Dept:            Courtroom 5 |

The parties stipulate to participate in the following ADR process:

**Court Processes**:

- Settlement conference before a magistrate judge.

**Private Process**:

- Private ADR in the form of mediation. The parties will agree to consider mediators who are available through ADR Services, Inc.

1   DATED:  April 12, 2011                LAW OFFICES OF PARVIZ DARABI

2

3                                         By:      _____/s/_____

4                                              _____
                                               WILLIAM N. BLASSER, ESQ.
5                                              Attorneys for Plaintiff

6

7   DATED:  April 12, 2011                HOLME, ROBERTS, & OWEN, LLP.

8

9

10                                        By:      _____/s/_____

11                                             _____
                                               LAURIE J. RUST, ESQ.
12                                             Attorneys for UDR Western Residential, Inc.

13  **IT IS SO ORDERED:**

14

15    April 13, 2011

16                                        By:   _____

17                                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

_____
Stipulation & Order re: ADR; ADR Certification
                                          -2-

1

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or

3

she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

4

California", or the specified portions of the ADR unit's Internet site (www.adr.cand.uscourts.gov),

5

discussed the available dispute resolution options provided by the court and private entities, and

6

considered whether this case might benefit from any of them.

7

8

DATED:  April 12, 2011                          LAW OFFICES OF PARVIZ DARABI

9

10

By:        /s/

11                                              _____

12                                              WILLIAM N. BLASSER, ESQ.
                                                Attorneys for Plaintiff

13

14

15

DATED:  April 12, 2011                          HOLME, ROBERTS, & OWEN, LLP.

16

17

By:        /s/

18                                              _____

19                                              LAURIE J. RUST, ESQ.
                                                Attorneys for UDR Western Residential, Inc.

20

21

22

23

24

25

26

27

28

_____

Stipulation & Order re: ADR; ADR Certification