UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARISELA OLVERA AND ANTONIO OLVERA, <br><br> Plaintiffs, <br><br> v. <br><br> UDR WESTERN RESIDENTIAL, INC., <br><br> Defendants. | Case No.: C 11-00261 PSG <br><br> **CASE MANAGEMENT ORDER** |

On April 19, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in a settlement conference with U.S. Magistrate Judge Howard R. Lloyd. The parties shall contact his courtroom deputy, Patty

1  Cromwell, at (408) 535-5365 to schedule the mediation.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 22, 2011

4      Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . August 5, 2011

5      Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . September 2, 2011

6      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 16, 2011

7      Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

8      Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . 10:00 a.m. on November 15, 2011

9      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on January 10, 2012

10     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on January 23, 2012

11     IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12 Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13 of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

14 Pretrial Statement, and all other pretrial submissions.

15 Dated: April 25, 2011

16                                   _____

17                                   PAUL S. GREWAL
                                  United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

1
2   *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

3
4   copies mailed on                to:

5   Plaintiff's Attorney's Name, Esq.
    Address

6   Defendant's Attorney's Name, Esq.
    Address
7

8                                          _____
                                           OSCAR RIVERA
9                                          Courtroom Deputy

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28