\*\* E-filed August 22, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARISELA OLVERA, et al., | No. C11-00261 PSG (HRL) |
| Plaintiffs,<br>v. | **ORDER VACATING SETTLEMENT CONFERENCE** |
| UDR WESTERN RESIDENTIAL, INC., | **[Re: Docket No. 31]** |
| Defendant. | |

On August 19, 2011, the parties in the above-captioned action alerted the court that they reached a settlement. Docket No. 31. Accordingly, the settlement conference with the undersigned, currently set for August 25, 2011, is VACATED.

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-00261 PSG (HRL) Notice will be electronically mailed to:**

Byron W. Cooper            bcooper@teklaw.co
Michael Howard Steinberg   steinbergm@sullcrom.com, lichaas@sullcrom.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**