UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARISELA OLVERA AND ANTONIO OLVERA,<br><br>         Plaintiffs,<br><br>   v.<br><br>UDR WESTERN RESIDENTIAL, INC.,<br><br>         Defendant. | Case No.: C-11-00261 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The parties have advised the court they have reached a settlement of all claims. Plaintiffs Marisela Olvera and Antonio Olvera shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than September 2, 2011. If a dismissal of the action is not filed by that date, Keenan shall appear on September 6, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

1  Federal Rule of Civil Procedure 41(b).
2      IT IS SO ORDERED.
3
4  Dated: August 22, 2011

                                               PAUL S. GREWAL
5                                            United States Magistrate Judge